IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE ELAM | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-4663 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |

## ORDER

AND NOW, this 2nd day of September, 2009, upon consideration of the brief in support of request for review filed by plaintiff (Doc. No. 10), defendant's response and the reply thereto (Doc. Nos. 11 & 12) and having found after careful and independent consideration of the record that I am unable to determine whether the Commissioner's determination was supported by substantial evidence, it is concluded that the action must be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).  Therefore, for the reasons set forth in the memorandum above, it is hereby **ORDERED** that:

1. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF, REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication; and

2. The Clerk of Court is hereby directed to mark this case closed.

_S/ Lowell A. Reed, Jr._____
LOWELL A. REED, JR., Sr. J.